## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:

                                              CASE NO: 19-24084-SMG

Benjamin J. Boykin                               CHAPTER: 13

516 N. Luna Ct

Hollywood, FL 33021-6019

    Debtor(s)

---

### SECURED CREDITOR, ADVANTA IRA SERVICES, LLC FBO BENEFICIARY ROTH IRA #8005207'S MOTION TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED AND STRIKE CLAIM NO. 8 FILED BY DEBTOR

**COMES NOW, SECURED CREDITOR**, ADVANTA IRA SERVICES, LLC FBO BENEFICIARY ROTH IRA #8005207, (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Motion to Deem Late Filed Proof of Claim as Timely Filed and Strike Claim No. 8 Filed by Debtor pursuant to Fed. R. Bank. Pro. 3002(c) and as grounds thereof state the following:

1. On or about October 21, 2019, the Debtor filed a voluntary petition under Chapter 13 for Bankruptcy relief. (DE #1).

2. Secured Creditor's Proof of Claim was due on January 14, 2020.

3. On or about January 15, 2020, counsel for Debtor filed Proof of Claim No. 8 in the name of Kondaur Capital Corporation.

4. Kondaur Capital Corporation was the previous owner of the loan, but the loan was assigned to Secured Creditor, ADVANTA IRA SERVICES, LLC FBO BENEFICIARY ROTH IRA #8005207, on August 20, 2018.

5. The Proof of Claim filed by the Debtor incorrectly and erroneously lists the amount due to Secured Creditor as $70,000.00. The arrears and total amount due and owing are more fully laid out in Proof of Claim No. 9, which Secured Creditor is filing.

6. Secured Creditor unfortunately missed this bar date, but as the first lienholder, holding a valid and perfected mortgage on the property located at 516 N. Luna Ct., Hollywood, FL 33021, Secured Creditor must be accounted for within the claim.

7. Secured Creditor has retained the undersigned law firm to represent its interests in this matter.

8. Secured Creditor's proposed proof of claim was filed on February 10, 2020 in the amount of $371,185.03 as Claim Number 9.

9. Secured Creditor does not bring forth this claim in bad faith and neither the Petitioner nor creditors will be prejudiced by the granting of this motion.

10. Secured Creditor's late proof of claim filing was the result of a secretarial and office error.

11. The moment its mistake was made, Secured Creditor immediately filed the Proof of Claim and the instant motion.

12. Secured Creditor's oversight amounts to excusable neglect due to office error and is relatively harmless as Secured Creditor is only a few weeks late in filing its Proof of Claim.

13. Further, the Proposed Plan in this matter has not yet been confirmed, and as such, there is still ample time for Secured Creditor to file its claim.

14. Bankruptcy Rule 9006(b)(1) gives the court the discretion to enlarge the time to file claims where the failure to act was the result of excusable neglect.

15. In the interest of judicial administration Secured Creditor respectfully request that this honorable court deem the Secured Creditor's Proof of Claim as timely filed or in the alternative allow the Trustee to file Secured Creditor's Proof of Claim in accordance with the Bankruptcy code.

16. Further, Secured Creditor requests that Claim No. 8 filed by the Debtor on behalf of Secured Creditor be stricken as it was filed under the wrong creditor and lists an incorrect amount owed. Secured Creditor's Proof of Claim rectifies both of these positions.

**WHEREFORE, PREMISES CONSIDERED,** Creditor prays that the late filed Proof of Claim be allowed and deemed timely filed, the Debtor's Claim No. 8 be stricken and replaced with Secured Creditor's Claim No. 9, and for any other relief this Honorable Court deems Secured Creditor is entitled.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

via U.S. mail and/or electronic mail to all parties on the attached service list and creditors matrix

this 10th day of February, 2020.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy

Court for the Southern District of Florida, and I am in compliance with the additional

qualifications to practice in this Court as set forth in the Local Rules.

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 090502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Boulevard, Unit 1 & 2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: damian@dwaldmanlaw.com
Service Email: bankruptcy@dwaldmanlaw.com
*Attorneys for Secured Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th Day of February 2020, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

*Debtor*
Benjamin J. Boykin
516 N Luna Ct
Hollywood, FL 33021-6019

Benjamin J. Boykin
c/o Chad T. Van Horn
330 N Andrews Ave, #450
Ft Lauderdale, FL 33301
*Attorney(s) for Debtor*

*Trustee*
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Creditor

By:    /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502